# CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Feb 10, 2022
SEAN F. McAVOY, CLERK

**CASE NAME:** KENNETH RANKIN GAZZAWAY, II   **CASE NO.** 22-mj-00049-JAG

TOTAL # OF COUNTS: 2   ✓ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(a)(6), 924(a)(2) | False Statements Connected to the Purchase of Firearms | CAG not more than 10 years; and/or a $250,000 fine, or both; 3 years supervised release; a $100 special penalty assessment |
| 2 | 18 U.S.C. § 924(a)(1)(A) | False Statements to a Federal Firearms Licensee | CAG not more than 5 years; and/or a $250,000 fine, or both; 3 years supervised release; a $100 special penalty assessment |