# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v.  KENNETH RANKIN GAZZAWAY, II**          **Case No.   2:22-MJ-0049-JAG-1**

## Initial Appearance on Complaint:                                    02/10/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Caitlin Baunsgard, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Mark Vovos, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA motion for detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Complaint |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of Complaint |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Complaint read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |

## REMARKS

Defendant appeared, in custody, with counsel, and acknowledged to the Court that his true and correct name is KENNETH RANKIN GAZZAWAY, II.  Defendant required hearing assistance equipment.

Defendant was advised of his rights and the allegations contained in the Complaint.

Denial of allegation entered on Defendant's behalf.

Based on information provided in the Financial Affidavit, the Court appointed counsel from the CJA Panel, Mark Vovos, to represent Defendant in this matter.

Government has filed a motion for detention and requested three-day continuance of detention hearing.

Defendant requested preliminary and detention hearings be set.

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order (Government has standing objection to language as overbroad).
2. Detention hearing set on February 14, 2022, at 1:30 p.m.
3. Pretrial Services Report to be prepared.
4. Preliminary hearing set on February 16, 2022, at 1:30 p.m.
5. Status hearing set on February 16, 2022, at 1:30 p.m.
6. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg:** 02/14/2022 @ 1:30 p.m. [S/JAG] | **Preliminary Hrg:** 02/16/2022 @ 1:30 p.m. [S/JAG] | **Status Hrg:** 02/16/2022 @ 1:30 p.m. [S/JAG] |
|---|---|---|