# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. KENNETH RANKIN GAZZAWAY, II**      Case No. 2:22-MJ-0049-JAG-1

**Detention Hearing:**     02/14/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Caitlin Baunsgard, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services | ☒ | Mark Vovos, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defendant appeared, in custody, with counsel. Defendant required hearing assistance equipment.

The Court has reviewed the Pretrial Services Report (ECF No. 13); Motion for Detention (ECF No. 6); and Defendant's First Motion for Release from Custody (ECF No. 12).

USA made factual proffers and argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

Defense counsel made factual proffers and argued why the Defendant should be released.

**The Court ordered:**
1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. Defendant's First Motion for Release from Custody **denied**.
3. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
4. Defendant shall be detained by the U.S. Marshal until further order of the Court.